

# Thomas Roney LLC
*Economic Consulting*

**3333 Lee Parkway, Suite 600, Texas 75219 Dallas 214 665-9458 Houston 713 513-7113**

Assessment of Economic Loss in the Matter of

Kolton Bourgeois, et al. v Bell Helicopter Textron, Inc., et al.

## April 5, 2017

This report is intended for the use of counsel in the instant matter. Any other transmission, copy, or utilization of this report is prohibited without the written consent of Thomas Roney LLC.

I, Thomas Roney, am a consulting economist. I am president of Thomas Roney LLC. I have included a copy of my current resume with this report. I was retained by Mary Holmesly, of Spagnoletti & Co. to determine the loss to the estate suffered by Rory Bourgeois' survivor(s) and arising from the death of Rory Bourgeois on June 12, 2014.

I was asked to analyze certain documents, perform calculations, and undertake appropriate research, as I deemed necessary to form opinions in connection with this matter. The work I performed and the opinions I have formed are based on my training and experience as a forensic economist.

My firm will be compensated for my work on this report. Since my assignment is not complete and may entail testimony at trial, as well as possible supplementation of this report, it is not now possible to determine the total compensation to be paid to my firm for this engagement. At this time I have billed $1,800.

I have prepared this report summarizing my opinions at this time. It may become necessary for me to supplement and or update this report at a later date. A list of the documents that I have reviewed in forming my opinions is attached to this report or included by reference in the report.

Prepared and submitted by:

*Thomas Roney*

Thomas M. Roney
President, Thomas Roney, LLC



**EXHIBIT**

"E"

Assessment of Economic Loss in the Matter of

## Rory Bourgeois (decedent)
## April 5, 2017

### Introduction and Background

This report assesses the economic loss as a result of the death of Rory Bourgeois on June 12, 2014. The economic losses consist of past and future after-tax earning capacity, less personal consumption (PC). The present value of the past plus future economic loss to Mr. Bourgeois' survivor(s) is **$336,601**. I have based my opinions on the information currently available to me. I reserve the right to update my report if additional information is provided.

Rory Bourgeois was born on March 27, 1966 and was 48.2 years of age at the time of his death. He was an HVAC technician working for BNA Marine Services LLC. Mr. Bourgeois was married to Trinidad Ann Lopez Bourgeois, though they were separated. Mr. Bourgeois resided in Thibodaux, LA. Mr. Bourgeois had two adult children, Koethe and Kolton Bourgeois, ages 23.9 and 20.7 years at his date of death.

### Life Expectancy

Mr. Bourgeois' statistical life expectancy based on the life expectancy of a male and calculated from his age (48.2) at the date of death is to age 79.4 in August 2045, and his full function life expectancy is to age 77.0, in April, 2043, according to data in *Healthy Life Expectancy, 2011 Tables*, Shawnee Mission, Kansas, 2015. The data source is the *United States Life Tables, 2011,* from the National Vital Statistics Reports, Vol. 64, Number 11. The full function life expectancy reflects the expected period Mr. Bourgeois would be able to perform home services.

**Rory Bourgeois**
Life Expectancy for plaintiff
**Table 2: Life table for males: United States**
*United States Life Tables, 2011, National Vital Statistics Reports, Vol. 64, Number 11*

| | Life Expectancy, LE | Full Function Life Expectancy, FFLE |
|---|---|---|
| 48.0 | 31.38 | 28.99 |
| **48.2** | **31.20** | **28.83** |
| 49.0 | 30.51 | 28.24 |

*"Expectancy Data  Healthy Life Expectancy: 2011 Tables. Shawnee Mission, Kansas. 2015*

| Date of Death (from 'Basic Info') | LE | FFLE |
|---|---|---|
| Actual 6/12/2014 | Actual 8/23/2045 **79.4** | Actual 4/11/2043 **77.0** |

## Work Life Expectancy

Work life expectancy (WLE) is determined by education level, activity status in the labor market, age and sex. Mr. Bourgeois was active in the labor force at the time of his death. No information was available regarding Mr. Bourgeois' education level. The WLE for a 48.2 year-old male with 0-12 years of education, that is initially active in the labor market, is 12.4 years with a standard deviation of 6.4 years, derived from "A Markov (Increment-Decrement) Process of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Gary Skoog, James Ciecka, and Kurt Krueger, *Journal of Forensic Economics*, Vol. 22, No. 2, 2011, pp. 165-229, Table 4: for males, initially active in the labor market, with 0-12 years of education, no diploma, no GED.

**Table 4. Initially Active Men with 0-12 Years of Education, No Diploma, No GED**

| Age | Worklife Expectancy | SD | Estimated | 25% | 75% |
|---|---|---|---|---|---|
| 48 | 12.51 | 6.39 | 60.51 | 7.5 | 16.5 |
| 48.2 | **12.39** | **6.35** | **60.6** | **7.5** | **16.5** |
| 49 | 11.93 | 6.20 | 60.93 | 7.5 | 16.5 |

| Date of Injury | Worklife Expectancy Ends | | Lower Bound | Upper Bound |
|---|---|---|---|---|
| 6/12/2014 | 11/1/2026 | 50% range around | 55.7 | 64.7 |
| At age | 60.60 | WLE | | |

Per The Markov Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors, Gary Skoog, James Ciecka, and Kurt Krueger. *Journal of Forensic Economics*, Vol. 22, No. 2, 2011, pp. 165-229 (published in 2011).

For greater (fewer) years beyond his WLE of 12.4 years, the present value of future after-tax lost earnings, less PC would increase (decrease) by approximately $26,000.

## Discount Rate

The future streams of payments to replace the loss of earnings are discounted to their present value in recognition that the award will be received in the present year and this principal will be invested in a relatively risk-free instrument and earn interest. The present value of each of these future payments is the amount it would take, if invested today with interest compounded, to equal the amount of the payment at the point it is to be made. These individual payment streams are then added to give the individual totals for the losses. The interest rate on this invested principal is the discount rate.

Any taxes on the interest earned on the investment of a potential award must be accounted for. For this reason, I have used National Municipal Bond Yields on tax-free, Triple A rated, Tax-Exempt Bonds to calculate the discount rate on future medical expenses. The current yield on 1-year to 30-year Municipal Bonds ranges

3

from 0.89% to 3.19%. For example, the average yield of a laddered portfolio for 30 years is 2.53%. The current bond yield was applied to the appropriate periods to calculate the present value, i.e. a "laddered portfolio". Values are discounted on an annual basis at midyear. See chart below.

## MMA

Independent & Data Driven

### MUNICIPAL HIGH GRADE AAA G.O. INDEX
April 3, 2017

| Period | Year | Yield* |
|--------|------|--------|
| 1 | 2017 | 0.89 |
| 2 | 2018 | 1.09 |
| 3 | 2019 | 1.22 |
| 4 | 2020 | 1.45 |
| 5 | 2021 | 1.63 |
| 6 | 2022 | 1.82 |
| 7 | 2023 | 1.96 |
| 8 | 2024 | 2.11 |
| 9 | 2025 | 2.25 |
| 10 | 2026 | 2.37 |
| 11 | 2027 | 2.49 |
| 12 | 2028 | 2.55 |
| 13 | 2029 | 2.63 |
| 14 | 2030 | 2.69 |
| 15 | 2031 | 2.77 |
| 16 | 2032 | 2.82 |
| 17 | 2033 | 2.87 |
| 18 | 2034 | 2.91 |
| 19 | 2035 | 2.96 |
| 20 | 2036 | 3.00 |
| 21 | 2037 | 3.04 |
| 22 | 2038 | 3.07 |
| 23 | 2039 | 3.09 |
| 24 | 2040 | 3.11 |
| 25 | 2041 | 3.13 |
| 26 | 2042 | 3.15 |
| 27 | 2043 | 3.16 |
| 28 | 2044 | 3.17 |
| 29 | 2045 | 3.18 |
| 30 | 2046 | 3.19 |

Average Annual Yield: **2.53%**

## Taxes

As noted above, taxes on income are to be considered and the after-tax earnings losses are discounted. A household income below $65,400 per year would place Mr. Bourgeois in the middle quintile of income, according to information from the Congressional Budget Office (CBO). The average Effective Tax Rate on individual income for pre-tax income in the middle quintile is estimated to be 1.6% in 2010.

I have applied effective federal income tax rates ranging from 1.6% to 5.0% to Mr. Bourgeois' loss of earnings, according to the table below. Additionally, Medicare

4

taxes of 1.45% and Social Security Taxes of 6.2% were applied to all earnings. Total Taxes were applied at rates ranging from 7.65% to 12.65% of earnings. Louisiana state taxes were also deducted from the loss of earnings.

**Congressional Budget Office**
**The Distribution of Household Income and Federal Taxes, 2010, December 2013.**

Average Pre-Tax Income for All Households, by Household Income Category, 2010$
Average Individual Income Tax Rate for All Households, by Income Quintile, 2010$

| Lowest Quintile | Midpoint | Second Quintile | Midpoint | Middle Quintile | Midpoint | Fourth Quintile | Midpoint | Highest Quintile |
|---|---|---|---|---|---|---|---|---|
| $24,100 | $34,150 | $44,200 | $54,800 | $65,400 | $80,450 | $95,500 | $167,300 | $239,100 |
| -9.2% | -5.8% | -2.3% | -0.4% | 1.6% | 3.3% | 5.0% | 9.4% | 13.8% |

## Growth of Earnings

A recent study by the Congressional Budget Office, "Changes in the Distribution of Worker's Hourly Wages Between 1979 and 2009", shows wage growth for less skilled workers (those without 4-year college degrees) and skilled workers (those with a 4-year degree or higher). Over the long-term, male earnings for less skilled workers are increasing at about the rate of inflation, or approximately the change in the Consumer Price Index (CPI). The CPI is forecast to increase at approximately 2.3% to 2.6% in the future, per the Congressional Budget Office's Budget and Economic Outlook: Years 2017-2027, January 2017.

The Office of the Actuary of the Social Security Administration publishes a long-range forecast of expected wages in covered employment in the economy, titled "2016 Annual Report of the Board of Trustees of the Federal Old Age and Survivors Insurance and Federal Disability Insurance (OASDI) Trust Funds". The intermediate forecast (most likely) for the CPI increase is 2.6% from 2028 to 2089. The intermediate (most likely) forecast for the increase in annual wages in covered employment is 3.80%.

Data from the Bureau of Labor Statistics for median earnings of heating, air conditioning, and refrigeration mechanics and installers in the Southwest Louisiana nonmetropolitan labor market show that wages have increased an average of 1.87% per year from 2012 to 2016.

**OES Data**

Bureau of Labor Statistics, Occupational Employment Statistics
May Metropolitan and Nonmetropolitan Occupational Employment and Wage Estimates
National Employment Statistics
Southwest Louisiana nonmetropolitan area
Occupation Code: 49-9021
Heating, Air Conditioning, and Refrigeration Mechanics and Installers
https://www.bls.gov/oes/2012/may/oes_2200004.htm

| Year | Median Wage | % Change |
|------|-------------|----------|
| 2012 | $19.66 | |
| 2013 | $20.03 | 1.88% |
| 2014 | $19.86 | -0.85% |
| 2015 | $20.05 | 0.96% |
| 2016 | $21.15 | 5.49% |

Average Annual Increase 2012-2016: **1.87%**

Annual median earnings in 2014: 2,080 hours X $19.86 = **$41,704**

Based upon the above data, I have increased Mr. Bourgeois' future earnings using the projected increase in the CPI in year 2017 continuing into the future by the CBO projections for the CPI to 2027. Thereafter the OASDI intermediate forecast for the CPI is applied. The past increase in the CPI was applied in years 2015-2016.

## Personal Consumption

In wrongful death matters, personal consumption refers to the portion of total household expenditures that are exclusive to the decedent. A measure of the lost earning capacity due to the survivor(s) must account for the household income that would have been spent only on the decedent.

The damages calculation considers the loss of earning capacity from Mr. Bourgeois as a full-time employee, based on his reported wage rate of $30.00 per hour and 2,080 work hours per year. This equals $62,400 per year in 2014$.

### Personal Consumption by Family Type and Household Income

Table 8: Single earning person living alone
Income level $60,000-$64,999 2013$

| 44.1% | | |
|-------|----|-----------|
| 6/12/2014 | to | 11/1/2026 |

Adjusted to trial date.
Personal Consumption by Family Type and Household Income, Kurt V. Krueger
*Journal of Forensic Economics Volume 25, Issue 2, 2015.*

6

I have estimated Mr. Bourgeois' loss of earning capacity at $62,400 in 2014 dollars. He would have had to pay living expenses for himself. For a male living alone with no children living in the U.S. at these income levels, personal consumption would be approximately 44.1%. This data is derived from the average personal consumption rates for single earning persons, living alone with incomes of approximately $60,000-$64,999 (2013$) per year. The data source is from "Personal Consumption by Family Type and Household Income", Table 8, published in the Journal of Forensic Economics 25 (2), 2015. I have applied a personal consumption rate of 44.1% to the loss of earning capacity from the damages date through to Mr. Bourgeois' WLE.

## Computed Economic Loss

Mr. Bourgeois had pay stubs from employer BNA Marine Services, LLC showing he earned $30.00 per hour. I have estimated his earning capacity using $30.00 per hour and 2,080 work hours per year, or **$62,400** per year beginning at the date of death and continuing to his WLE. The annual median earnings for all HVAC mechanics and installers in the Southwest Louisiana nonmetropolitan region are $41,704 (2014$), and the U.S. annual median earnings for HVAC mechanics and installers (ages 45-49) are $50,421 (2014$). Earnings are increased in the future based on the wage growth discussed above. The loss of earning capacity is also reduced by taxes and personal consumption as discussed above. The present value of the loss of earning capacity less taxes and personal consumption is estimated to be **$92,185** in the past and **$244,416** in the future.

## Age Earnings Profile

**Table 397 (7315): Heating, air conditioning, and refrigeration mechanics and installers. Male.**

|  | Median Earnings |
|---|---|
| 18 to 24 | $26,797 |
| 25 to 29 | $36,865 |
| 30 to 34 | $40,961 |
| 35 to 39 | $43,765 |
| 40 to 44 | $46,282 |
| 45 to 49 | $50,421 |
| 50 to 54 | $51,874 |
| 55 to 59 | $50,421 |
| 60 to 64 | $51,202 |
| 65 & over | $48,404 |

**Source:**
FT Earnings in the U.S. 2014

| All: | $43,765 |
|---|---|
| Per OES | $41,704 |

7

## Summary

As outlined in the following tables, the present value of the total economic loss that would have been available to the estate from the death of Mr. Bourgeois totals **$336,601**.

The present value of economic losses consists of past and future after-tax lost earning capacity, adjusted for personal consumption.

## Documents Reviewed

In addition to the documents and sources cited in my report, I also reviewed the following documents in forming my opinions.

CBO's The Budget and Economic Outlook: 2017 to 2027, Table 2-1, The Congress of the United States, Congressional Budget Office, January 2017.
http://www.cbo.gov/

U.S. Department of Labor, Consumer Price Index - All Urban Consumers, Series Id: CUSR0000SA0, U.S. Area: City Average, Item: All Items, 2004-2015
www.data.bls.gov

Municipal Bond AAA Yield Curve: 1 - 30 Year Maturities, *Municipal Bonds Yields: Triple-A Rated, Tax-Exempt Insured Bonds*, Latest update April 3, 2017. Report produced by Municipal Market Advisors (MMA).

Expectancy Data, *Healthy Life Expectancy: 2011 Tables.* Shawnee Mission, Kansas, 2014, Table 2.

The 2016 Annual Report of the Board of Trustees of the Federal Old Age and Survivors Insurance and Federal Disability Insurance Trust Funds.

"Personal Consumption by Family Type and Household Income", Kurt Krueger, Table 8, published in the Journal of Forensic Economics 25 (2), 2015.

"A Markov (Increment-Decrement) Process of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Gary Skoog, James Ciecka, and Kurt Krueger, *Journal of Forensic Economics*, Vol. 22, No. 2, 2011, pp. 165-229, Table 4: for males, initially active in the labor market, with 0-12 years of education, no diploma, no GED.

W-2 for Rory Bourgeois from BNA Marine Services LLC, Year 2014.

8

Pay Stubs for Rory Bourgeois from BNA Marine Services, LLC., Pay Dates 2/12/2014, 5/28/2014, 6/11/2014, 6/18/2014.

Plaintiff's First Amended Complaint. C.A.NO. 3:16-cv-00154.

Original Answer of Defendant Bell Helicopter Textron Inc. to Plaintiffs' Second Amended Complaint. CASE NO. 3:16-cv-00154.

Thomas Roney LLC Wrongful Death Checklist for Rory Bourgeois.

Bureau of Labor Statistics Occupational Employment Statistics: May Metropolitan and Nonmetropolitan Occupational Employment and Wage Estimates for Southwest, LA, Heating, Air Conditioning, and Refrigeration Mechanics and Installers (2012-2016). Occupation Code: 49-9021.

Expectancy Data *Full-Time Earnings in the United States: 2014 Edition.* Shawnee Mission, Kansas, 2016.  Table 397 (7315): Heating, air conditioning, and refrigeration mechanics and installers: Male.

### Calculations

# Personal Injury Economic Damages Report

Plaintiff: **Rory Bourgeois**

| Case Information |
|---|

Trial Date: 11/1/2017                    Injury Date: 6/12/2014

Present Value of Future Damages Calculated Annually at Midyear
Present Value Computed Using Compound Interest

| Plaintiff Information |
|---|

Sex: Male                                Age at Date of Death: 48.2
Birthdate: 3/27/1966                Retirement Age at WLE: 60.6
Work life Expectancy: 12.39        Expected Age at Death: 79.4
Life Expectancy: 31.2                        LE Date: 8/23/2045
Full Function Life Expectancy: 28.8            WLE Date: 11/1/2026

| Summary |
|---|

| Damages to WLE | Future Values | | Present Values | |
|---|---|---|---|---|
| | Past | Future | Past | Future |
| After-Tax Loss of Earnings Less PC: | $92,185 | $267,618 | $92,185 | $244,416 |
| Total Damages: | $92,185 | $267,618 | **$92,185** | **$244,416** |
| **Grand Total Damages:** | **$359,803** | | **$336,601** | |

10

# Rory Bourgeois
## Past Earning Capacity

Earning Capacity: **$62,400**  2014$
Trial Date: 11/1/2017
Date of Death: 6/12/2014
Death Year Fraction: 0.55
Trial Year Fraction: 0.83
Effective Federal Income Tax Rate: 0.0%  to $54,800  1.6%  to $65,400  3.3%  to $80,450  5.0%  to $95,500
Louisiana State Income Tax Rate: 2.0%  First $12.5K  4.0%  $12.5-$50K  6.0%  Over $50K
Social Security & Medicare Tax Rate: 7.65%
Personal Consumption: 44.1%  until 11/1/2026

| Date From | Date To | *Earnings Growth | Plaintiff's Lost Earning Capacity | | | | | | Economic Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Loss of Earnings | Federal Tax | Louisiana State Income Tax | Social Security & Medicare | PC | After-Tax Earnings Less PC | Total Damages | PV Total Damages | Cumulative Damages |
| 06/12/2014 | 12/31/2014 | | $34,510 | ($552) | ($1,130) | ($2,640) | ($15,219) | $14,969 | $14,969 | $14,969 | $14,969 |
| 01/01/2015 | 12/31/2015 | 0.40% | $62,650 | ($1,002) | ($2,509) | ($4,793) | ($27,628) | $26,717 | $26,717 | $26,717 | $41,686 |
| 01/01/2016 | 12/31/2016 | 1.80% | $63,777 | ($1,020) | ($2,577) | ($4,879) | ($28,126) | $27,175 | $27,175 | $27,175 | $68,861 |
| 01/01/2017 | 11/1/2017 | 2.30% | $54,303 | ($869) | ($2,008) | ($4,154) | ($23,948) | $23,324 | $23,324 | $23,324 | $92,185 |
| Totals: | | | $215,240 | ($3,444) | ($8,224) | ($16,466) | ($94,921) | $92,185 | $92,185 | $92,185 | |

*Earnings growth for 2017 per the CBO Forecast in the CPI, January 2017. All periods prior per actual CPI increase per CBO, January 2017.

# Rory Bourgeois
**Future Earning Capacity**

| | | |
|---|---|---|
| Earning capacity: **$65,244** | 2017$ | |
| WLE Date: 11/01/2026 | | |
| Effective Federal Income Tax Rate: 0.0% | to $54,800 | 1.6% to $65,400 | 3.3% to $80,450 | 5.0% to $95,500 |
| Louisiana State Income Tax Rate: 2.0% | First $12.5K | 4.0% $12.5-$50K | 6.0% Over $50K |
| Social Security & Medicare Tax Rate: 7.65% | | |
| Personal Consumption: 44.1% | until 11/1/2026 | |

| Year Ending | Earnings Growth* | Discount Rate | Plaintiff's Lost Earning Capacity | | | | | | Economic Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Loss of Earnings | Federal Tax | Louisiana State Income Tax | Social Security & Medicare Tax | PC | After-Tax Earnings Less PC | Total Damages | PV Total Damages | Cumulative Damages |
| 11/01/2018 | 2.30% | 1.09% | $66,745 | ($2,203) | ($2,755) | ($5,106) | ($29,434) | $27,247 | $27,247 | $27,100 | $119,285 |
| 11/01/2019 | 2.40% | 1.22% | $68,347 | ($2,255) | ($2,851) | ($5,229) | ($30,141) | $27,871 | $27,871 | $27,369 | $146,654 |
| 11/01/2020 | 2.40% | 1.45% | $69,987 | ($2,310) | ($2,949) | ($5,354) | ($30,864) | $28,510 | $28,510 | $27,502 | $174,156 |
| 11/01/2021 | 2.40% | 1.63% | $71,667 | ($2,365) | ($3,050) | ($5,483) | ($31,605) | $29,164 | $29,164 | $27,560 | $201,715 |
| 11/01/2022 | 2.40% | 1.82% | $73,387 | ($2,422) | ($3,153) | ($5,614) | ($32,364) | $29,834 | $29,834 | $27,508 | $229,224 |
| 11/01/2023 | 2.40% | 1.96% | $75,148 | ($2,480) | ($3,259) | ($5,749) | ($33,140) | $30,520 | $30,520 | $27,430 | $256,654 |
| 11/01/2024 | 2.40% | 2.11% | $76,951 | ($2,539) | ($3,367) | ($5,887) | ($33,936) | $31,223 | $31,223 | $27,260 | $283,914 |
| 11/01/2025 | 2.40% | 2.25% | $78,798 | ($2,600) | ($3,478) | ($6,028) | ($34,750) | $31,942 | $31,942 | $27,033 | $310,946 |
| 11/01/2026 | 2.40% | 2.37% | $80,689 | ($4,034) | ($3,591) | ($6,173) | ($35,584) | $31,307 | $31,307 | $25,655 | $336,601 |
| Totals: | | | $661,719 | ($23,208) | ($28,453) | ($50,622) | ($291,818) | $267,618 | $267,618 | $244,416 | |

mings growth 2017-2027 per CPI forecast by the CBO, January 2017 and thereafter by the OASDI estimated annual intermediate increase in the CPI.